UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CAUSE NO. AU-21-M-159(1) |
| RICHARD FRANKLIN BARNARD | § § § | |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Jesús M. Salinas, Jr., Assistant Federal Public Defender and enters appearance as counsel for the defendant in the above-styled and numbered cause.

Respectfully submitted.

MAUREEN SCOTT FRANCO
Federal Public Defender


/s/ JESÚS M. SALINAS, JR.
Assistant Federal Public Defender
Western District of Texas
Lavaca Plaza
504 Lavaca St., Ste. 960
Austin, Texas 78701
(512) 916-5025 / (512) 916-5035 (FAX)
Bar Number: Texas 24057366

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February, 2021, I filed the foregoing Notice of Attorney Appearance using the CM/ECF system which will give electronic notification to the following:

G. Karthik Srinivasan
Assistant U.S. Attorney
903 San Jacinto Blvd., Ste. 334
Austin, TX 78701


/s/ JESÚS M. SALINAS, JR.